# UNITED STATES AIR FORCE
# COURT OF CRIMINAL APPEALS

————————————

**No. ACM 38955**

————————————

**UNITED STATES**
*Appellee*

**v.**

**Michael T. MAHER**
Technical Sergeant (E-6), U.S. Air Force, *Appellant*

————————————

Appeal from the United States Air Force Trial Judiciary

Decided 20 April 2017

————————————

*Military Judge:* Shelly W. Schools.

*Approved sentence:* Dishonorable discharge, confinement for 10 years, reduction to E-1. Sentence adjudged 21 October 2015 by GCM convened at Minot Air Force Base, North Dakota.

*For Appellant:* Major Johnathan D. Legg, USAF.

*For Appellee:* Gerald R. Bruce, Esquire.

Before DREW, J. BROWN, and MINK, *Appellate Military Judges*.

————————————

**This is an unpublished opinion and, as such, does not serve as precedent under AFCCA Rule of Practice and Procedure 18.4.**

————————————

PER CURIAM:

The approved findings and sentence are correct in law and fact, and no error materially prejudicial to Appellant's substantial rights occurred. Articles 59(a) and 66(c), UCMJ, 10 U.S.C. §§ 859(a), 866(c).

Accordingly, the approved findings and sentence are **AFFIRMED**.

FOR THE COURT

MICAH L. SMITH
Deputy Clerk of the Court